UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TIMOTHY J. BLAIS,

                            Plaintiff,

    vs                                                7:08-CV-1223

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

CONBOY, McKAY, BACHMAN & KENDALL, LLP   LAWRENCE D. HASSELER, ESQ.
Attorneys for Plaintiff
307 State Street
Carthage, New York 13619

SOCIAL SECURITY ADMINISTRATION
OFFICE OF REGIONAL GENERAL COUNSEL
Region II                                                 SUSAN J. REISS, ESQ.
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff, Timothy J. Blais, filed this action in November 2008, seeking judicial review of the Commissioner of Social Security ("Commissioner") decision pursuant to 42 U.S.C. §§ 405(g) and 1382(c)(3).  By Report-Recommendation dated May 13, 2010, the Honorable Victor E. Bianchini, United States Magistrate Judge, recommended that the Commissioner's decision denying disability benefits be remanded for further proceedings in accordance with the report-recommendation and pursuant to sentence four of 42 U.S.C. Section 405(g).  No objections have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Bianchini, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that the Commissioner's decision denying disability benefits is REMANDED for further proceedings in accordance with the recommendation and pursuant to sentence four of 42 U.S.C. Section 405(g).

IT IS SO ORDERED.

_____
United States District Judge

Dated: June 10, 2010
       Utica, New York.